UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NORTH CAROLINA

CASE NO. 3:19cv197-RJC

Semaria Gass

Plaintiff,

vs.

Ngoc Nguyen
Christy Huong
Vi Truong
Tram Ndo

Defendant(s).

FILED
CHARLOTTE, NC

APR 23 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

COMPLAINT

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. Section 2000e(5). Equitable and other relief are also sought under 42 U.S.C. 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. Sections 1331, 1343 and 42 U.S.C. Sections 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. Sections 626(c)(1) and 626(e) and appropriate relief is also sought.

## B. PARTIES

1. Name of Plaintiff: Semaria Gass
   Address: 6811 Rumple Rd
   Charlotte, N.C. 28262

2. Name of first Defendant: Ngoc Nguyen
   Address: 6801 Northlake Mall Drive #148
   Charlotte N.C. 28215

3. Name of second Defendant: Christy Huong
   Address: 8451 Davis Lake Pkwy #B2
   Charlotte N.C. 28262

4. Name of third Defendant: Vi Truong
   Address: 1559 West 3860 S
   West Valley City, UT 84119

5. Tram Ndo  3625 Mt Holly-Hunterville Rd
   Charlotte N.C. 28216

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1. The address at which I sought employment or was employed by the defendant(s) is:

   Each address is listed above except Davi Nails. The location I worked at was 9820 Callabridge ct. Charlotte. NC 28216

2. The discriminatory acts occurred on or about:

   Less than Within the last 2 years _____ (Month, Day, Year)

3. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

__March 27, 2019__ (Month, Day, Year)

4. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

__April 11, 2019__ (Month, Day, Year)

5. The discriminatory acts that are the basis of this suit are:
   a. _____ Failure to employ me.
   b. __✓__ Failure to promote me.
   c. __✓__ Termination of my employment.
   d. _____ Demotion.
   e. _____ Denied equal pay/work.
   f. _____ Sexual harassment.
   g. _____ General harassment.
   h. _____ Other acts (Be specific: Attach an additional sheet if necessary)

   _____
   _____
   _____
   _____

6. Defendant's conduct is discriminatory with respect to:
   a. __✓__ my race
   b. _____ my color
   c. _____ my sex
   d. _____ my religion
   e. _____ my national origin
   f. _____ my age

7. I believe that the defendant is still committing these acts against me.

   YES __✓__    NO _____

WDNC-EEOC Complaint form – Feb 2016    3

Case 3:19-cv-00197-RJC-DCK    Document 1    Filed 04/23/19    Page 3 of 7

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts from the basis for my allegations:

Count 1: The defendent fired me in front of my client. (Ngoc Nguyen)

Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)

I was performing a service that I am licensed to do. I completed the service and because the Manager couldn't do the service, she fired me as retaliation.

Count 2: The defendent said none of her other employees liked me and I was causing disruption because clients were requesting me.

Supporting Facts:

It was always a problem for clients to request me so as a client requested me, the other employee called the manager and she fired me over the phone after they spoke in their language. I was the only Black employee. (Christy Huong)

## E. INJURY

How have you been injured by the actions of the defendant(s)?

N/A besides personal stress and financial scares.

Count 3. The defendant terminated me because she felt more comfortable with her cousin helping her and she terminated me without warning.

Supporting facts.

I was the only Black Employee and she knew my former employee who just fired me. (Tram Ndo)

Count 4. The defendant fired me because one of her original clients preffered my service so she fired me in front of client and told client to leave as well.

Supporting facts.

I was the only Blk African american and a recent employee was let go for the same reason she fired me, which was a former client requested me over her and she was angry so they fired her saying they arent like that and a few months later, it happened to her so she fired me immediately (Vi Truong)

## F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action?   YES _____     NO ___✓___

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

Plaintiff(s):_____

Defendant(s):_____

2. Name of court and case or docket number:_____
_____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)
_____
_____

4. Issues raised:
_____
_____
_____

5. When did you file the lawsuit? _____(Date: Month/Year)

6. When was it (will it be) decided? _____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

YES _____     NO ___✓___

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was not sought.

_____
_____
_____
_____

## G. REQUEST FOR RELIEF

I believe I am entitled to the following relief:

Financial Gain that they took from me. 8.9
_____
_____
_____

JURY TRIAL REQUESTED

YES ✓   NO ____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at  Charlotte NC   on   4/23/19  .
           (Location)               (Date)

_____Jomonio Yay_____
                Signature