IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-197-RJC-DCK

| | |
|---|---|
| SEMARIA GASS, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| NGOC NGUYEN, VI TRUONG, CHRISTY HUONG, and TRAM NDO, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Remove Personal Address From Public Records" (Document No. 16) filed July 11, 2019. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion, without prejudice.

*Pro se* Plaintiff may file a revised motion seeking to seal some or all of this case in accordance with Local Rule 6.1. However, Plaintiff is respectfully advised that there is a presumption of openness in civil proceedings before the Court. <u>See</u> Local Rule 6.1(a).

**IT IS, THEREFORE, ORDERED** that the "Motion To Remove Personal Address From Public Records" (Document No. 16) is **DENIED WITHOUT PREJUDICE**.

Signed: July 11, 2019

David C. Keesler
United States Magistrate Judge