# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-197-RJC-DCK

| | |
|---|---|
| SEMARIA GASS, | ) |
|     Plaintiff, | ) |
| v. | )   **ORDER** |
| NGOC NGUYEN, VI TRUONG, CHRISTY HUONG, and TRAM NDO, | ) |
|     Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion To Disqualify Or Dismiss Counsel As To Tram Do" (Document No. 21) and "Motion To Disqualify Or Dismiss Counsel As To Ngoc Nguyen" (Document No. 22) filed July 30, 2019. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motions, the record, and applicable authority, the undersigned will <u>deny</u> the motions, without prejudice.

These pending motions fail to satisfy the requirements of Local Rule 7.1(a) and (c). Simply put, it is not clear why Plaintiff seeks the dismissal of Defendants' attorney, what alleged conflict exists, or what authority might support Plaintiff's request.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Disqualify Or Dismiss Counsel As To Tram Do" (Document No. 21) and "Motion To Disqualify Or Dismiss Counsel As To Ngoc Nguyen" (Document No. 22) are **DENIED WITHOUT PREJUDICE**.

Signed: July 30, 2019

David C. Keesler
United States Magistrate Judge